# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LIZZIE HAYES**                                                                                        **PLAINTIFF**

V.                                        NO. 3:14-CV-94-BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

In accordance with the Court's findings of fact and conclusions of law announced at the close of the oral argument hearing held on October 23, 2014, and filed in this case (docket entry #17), it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED.  Judgment is entered in favor of the Commissioner.

So ordered, this 23rd day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE